DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALE WINSTON WEBSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-3071

[March 21, 2024]

Appeal of order denying in part and granting in part rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; 01-19317CF10A.

Dale Winston Webster, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***